# ERDAL EMPLOYMENT LAW

25 Pompton Avenue, Suite 101
Verona, New Jersey 07044
(973) 559-7540
erdal@erdalemploymentlaw.com

Erdal Turnacioglu, Esq.
Admitted in NJ and NY

March 15, 2024

> Application granted. The parties shall submit their joint letter, proposed case management plan, and scheduling order no later than April 5, 2024.
>
> SO ORDERED.
>
> _____
> Hon. Ronnie Abrams
> March 18, 2024

**Via Electronic Filing**
Hon. Ronnie Abrams, District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Tia Dittes v. ChargeAfter, et. al. (No. 24-CV-746(RA))

Dear Judge Abrams,

As the Court is aware, this firm represents Plaintiff, Tia Dittes, with regards to the above-captioned matter. Defendants ChargeAfter USA, Inc., ChargeAfter, Inc., Mark Denman, and Michael Wilde, are represented by Craig M. Cepler, Esq. of Denlea & Carton LLP. Currently, there is an initial status conference that was rescheduled from March 22, 2024, to April 12, 2024.

It is our understanding that despite the initial status conference being rescheduled, the **March 15, 2024** deadline for counsel to file our joint letter, proposed case management plan, and scheduling order with the Court remained the same.

I respectfully inform the Court that counsel has been in communication but we find ourselves needing additional time to finalize our joint letter, proposed case management plan, and scheduling order. As such, we jointly request an extension of this March 15, 2024 deadline.

Please advise if our extension request is granted. I thank Your Honor for the Court's attention to this matter.

Respectfully submitted,

Erdal Turnacioglu, Esq.

ET/cd
cc:   Craig M. Cepler, Esq.
      Tia Dittes