

2 Westchester Park Drive, Suite 410
White Plains, NY 10604
Tel: 914-331-0100
Fax: 914-331-0105
www.denleacarton.com

May 24, 2024

**By ECF**

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

    Re:   *Dittes v. ChargeAfter USA, Inc., et al.*,
           Case No. 1:24-cv-746 (RA) (S.D.N.Y.)

Dear Judge Abrams,

    We represent Defendants in the above action and write to respectfully request the upcoming initial conference, scheduled for May 31, 2024, be adjourned *sine die* because Defendants have filed a motion to dismiss this action.  We emailed Plaintiff's counsel this morning to determine if he consents to this request, but he has not responded.

    An adjournment is appropriate because it is premature to have an initial conference and set a discovery schedule in light of the pending motion to dismiss.  Accordingly, we respectfully request the initial conference be adjourned *sine die*.

    This is the parties' second request to adjourn the conference.  The first adjournment was requested after Plaintiff failed to serve Defendants with the Complaint.

    We thank the Court for its attention to this matter.

                                   Respectfully,

                                   DENLEA & CARTON LLP

                    By:   _____
                           Craig M. Cepler

cc:    All Counsel of Record (by ECF)

---

Should Plaintiff oppose Defendants' request to adjourn the initial conference presently scheduled for May 31, 2024, Plaintiff shall file a letter no later than May 29, 2024.

SO ORDERED.

_____
Hon. Ronnie Abrams
May 28, 2024