UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIA DITTES, <br><br> Plaintiff, <br><br> v. <br><br> CHARGEAFTER USA, INC., CHARGEAFTER, INC., MARK DENMAN, *individually*, and MICHAEL WILDE, *individually*, <br><br> Defendants. | No. 24-CV-746 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

On May 24, 2024, Defendants requested that the initial conference scheduled for May 31, 2024 be adjourned *sine die* pending the Court's decision on their motion to dismiss this action. On May 28, 2024, the Court ordered Plaintiff to inform the Court by May 29, 2024 if Plaintiff opposed Defendants' request to adjourn. To date, Plaintiff has not opposed Defendants' request. Therefore, this matter is stayed pending the resolution of Defendants' motion to dismiss. Additionally, the conference originally scheduled for May 31, 2024 is adjourned *sine die*. Following the Court's decision on the motion to dismiss, the Court will schedule an initial conference and reset the deadlines for filing the joint letter and case management plan and proposed scheduling order, should it be necessary.

The Clerk of Court is respectfully directed to close the motion pending at ECF No. 17.

SO ORDERED.

Dated:   May 30, 2024
         New York, New York

_____
Ronnie Abrams
United States District Judge