UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIA DITTES,<br><br>      Plaintiff,<br><br>    v.<br><br>CHARGEAFTER USA, INC., CHARGEAFTER, INC., MARK DENMAN, *individually*, and MICHAEL WILDE, *individually*,<br><br>      Defendants. | No.  24-CV-746 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  Plaintiff Tia Dittes commenced this action against her former employers ChargeAfter, Inc. and ChargeAfter USA, Inc. and her former supervisors Mark Denman and Michael Wilde (collectively "Defendants"), alleging violations of New York State Human Rights Law, New York City Human Rights Law, and New York Labor Law, as well as breach of her employment contract. Dkt. No. 3. On July 17, 2025, the Court granted Defendants' motion to dismiss and also granted Plaintiff an opportunity to amend her complaint within thirty days, provided she had a good faith basis to do so. More than thirty days have passed since the Court issued its decision and Plaintiff has not amended her complaint. Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: August 20, 2025
     New York, New York

                                      _____
                                      Ronnie Abrams
                                      United States District Judge